UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5540 ABC (SHx)<br>CV 08-2140 ABC (SHx)✓ | Date | May 19, 2008 |
|---|---|---|---|
| Title | Alfredo B Payares v. J.P. Morgan Chase & Co et al.<br>Zinnia Gonzalez et al v. JP Morgan Chase and Co et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Daphne Alex | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | | |
| None Present | None Present | | |

**Proceedings:**    ORDER TO SHOW CAUSE RE: RELATED CASES (In Chambers)

　　　The two above-captioned cases are presently pending before this Court.  The Court has learned that two potentially related cases are pending before another judge of this district.  Those cases, before Judge Guilford, are *National Association for the Advancement of Colored People v. Ameriquest Mortgage Company et al.*, CV-07-0794 AG (ANx) ("*NAACP*"), and *Freddy Ramon Chavez Toruno v. HSBC Finance Corporation et al.*, CV-07-5998 AG (ANx) ("*Toruno*").

　　　Under Local Rule 83-1.3.1, an attorney must file a Notice of Related Case when a different action filed or currently pending in this district and the instant action appear "(a) To arise from the same or a closely related transaction, happening or event; or (b) To call for determination of the same or substantially related or similar questions of law and fact; or  (c) For other reasons would entail substantial duplication of labor if heard by different judges; . . ."  The rule also requires the Notice to include a brief factual statement setting forth the basis for the attorney's belief that the action qualifies for related case transfer.

　　　Although this Court has not reviewed the Complaints in *NAACP* and *Toruno*, the two cases before Judge Guilford, a review of materials accessible through the online docket suggest that the cases before this Court are related to *NAACP* and *Toruno*.  Furthermore, it is clear that, if the cases are indeed related,  Plaintiffs' counsel and Defendants' counsel in these cases should all be aware of the similarities.  However, as of the date of this order, neither Plaintiffs' counsel nor Defendants' counsel in either *Payares* or *Gonzalez* have filed Notices of Related Cases informing the district that they are related to the cases before Judge Guilford, in particular, to the *NAACP* case, which appears to be the low-numbered "umbrella" case.  Indeed, *Toruno* was transferred to Judge Guilford because it is related to *NAACP*.

//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5540 ABC (SHx) <br> CV 08-2140 ABC (SHx)√ | Date | May 19, 2008 |
|---|---|---|---|
| Title | Alfredo B Payares v. J.P. Morgan Chase & Co et al. <br> Zinnia Gonzalez et al v. JP Morgan Chase and Co et al. | | |

//
//

   Accordingly, the Court therefore **ORDERS** counsel in both *Payares* and *Gonzalez* to show cause, in writing, why *Payares* and *Gonzalez* are not related to *NAACP* and *Toruno*, the cases pending before Judge Guilford. The form of response may be either: (1) the filing of Notices of Related Case, or (2) an explanation why *Payares* and *Gonzalez* are not "related," within the meaning of the local rule, to *NAACP* and/or *Toruno*, the cases before Judge Guilford.

   Responses must be filed no later than **Wednesday, May 28, 2008.**

**IT IS SO ORDERED.**

                                     :
Initials of Preparer AB for DA